

**FILED**
JAN 22 2013
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No. 3:13-CR-11 <br> ) <br> ) <br> ) JUDGES Varlan/Shirley <br> ) <br> ) |
| v. | |
| PATRICIA SPEER | |

## INFORMATION

### COUNT ONE

The United States Attorney charges that from on or about December 18, 2009, through on or about January 31, 2012, in the Eastern District of Tennessee, the defendant willfully and knowingly did steal, purloin, and convert to her own use money of the United States or an agency thereof by obtaining more than $1,000 in disability payments and benefits from the United States Department of Veterans Affairs to which she was not entitled. Such conduct violated Title 18, United States Code, Section 641.

WILLIAM C. KILLIAN
UNITED STATES ATTORNEY

By: *[signature]*

Zachary C. Bolitho
Assistant United States Attorney